# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBUBEKIR MEYGIL,<br><br>        Petitioner,<br><br> v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 26-cv-00633-BAS-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

  Petitioner Ebubekir Meygil filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking release from immigration custody. (ECF No. 1.) Petitioner, a Turkish national, entered the United States in February 2024 seeking asylum. (*Id.* at ¶¶ 2–3.) The Department of Homeland Security ("DHS") determined he was not a flight risk or a danger to the community, so it released him pending litigation of his asylum claim. (*Id.*) Petitioner has never missed a court hearing or violated any conditions of his release. (*Id.* at ¶ 31.) He has no criminal history. (*Id.*)

  Nonetheless, on January 17, 2026, Respondents re-detained Petitioner without notice or an opportunity to be heard. (*Id.* at ¶ 32.) Because of the Board of Immigration Appeals ("BIA") decision in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), Respondents have determined that Petitioner's detention is now mandatory. (ECF No. 1.)

Petitioner filed this Petition seeking immediate release on the same terms and conditions as he was previously released while he continues to pursue his asylum claim. (*Id.*)

The Government filed a Return acknowledging "that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF No. 4.)

This Court has previously held in multiple cases that it agrees with the Central District in *Maldonado Bautista v. Santacruz*, __ F. Supp. 3d __, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), that an individual in Petitioner's situation is not subject to mandatory detention under Section 1225. *See, e.g.*, *Gregorio v. LaRose*, No. 25-cv-03322-BAS-BJW, 2025 WL 3653998 (S.D. Cal. Dec. 17, 2025); *Zayas v. Gordon*, No. 26-cv-00237-BAS-DEB, 2026 WL 266275 (S.D. Cal. Feb. 2, 2026); *Trujillo v. Noem*, No. 26-cv-00268-BAS-VET, 2026 WL 266496 (S.D. Cal. Feb. 2, 2026). Hence, for all of the reasons stated in these previous opinions, the Court **GRANTS** the Petition.

Because Petitioner was already ordered released with a Notice to Appear ("NTA") and has not violated any of the conditions imposed by that NTA, the Court finds an additional bond hearing is not necessary. Accordingly, the Court issues the following writ:

> The Court **ORDERS** that Petitioner Ebubekir Meygil (A245-834-240) be released forthwith on the same terms and conditions as he was previously released in February 2024. In addition, the Court **ORDERS** that Respondents return to Petitioner all his seized property.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 13, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court